IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EDWARD WILLIAMS**                                                                            **PLANTIFF**

**v.**                        Case No. 3:18-cv-00070-KGB

**ROSELLE HOSPITALITY, INC.**                                         **DEFENDANT**

## ORDER

Before the Court is a joint stipulation of dismissal with prejudice filed by plaintiff Edward Williams and defendant Roselle Hospitality, Inc. (Dkt. No. 10). The parties represent that they have entered into a settlement agreement and that all parties shall bear their own attorneys' fees and costs (*Id.*). The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties (*Id.*). The joint stipulation accords with the terms of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice (Dkt. No. 10). The action is dismissed with prejudice, with the Court retaining jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

So ordered this 4th day of January, 2019.

_____
Kristine G. Baker
United States District Judge